IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

STACEY  AARONS )
NADEEM  ABDULLAH )
FAISEL T. ABED )
ELIZABETH  ACOSTA-RAYOS )
JENNIFER L. AGUILUZ )
AARON C. AGUIRRE )
JUAN A. AGUIRRE )
RAFAEL E. AGUIRRE )
SAMANTHA M. AGUIRRE )
KEITH R. AHRENS )
THOMAS  AKERBERG )
KHUMAYUN K. AKHMEDOV )
RENE  F. ALABY )
ELIAS  ALACHOUZOS )
ASHLEY  ALEJO )
DARROLD  ALEXANDER )
JERARD G. ALLAS )
RICHARD  ALLAS )
MALENE  ALLEN )
WENDELL T. ALLEYNE )
CHRISTOPHER R. ALSINA )
LISA M. ALVAREZ )
JOHN J. AMORE )
DAVI  ANCHUNDIA )
COURTNEY M. ANDERSON )
ALISHA O. ANGLIN )
DAVID K. ANSU )
MOHAMED T. ANTABI )
ROWLAND  AQUINO )
DIANA N. ARCAMONE )
TYLER J. ARGEROPLOS )
MICHAEL P. ARGUELLES )
JOSE  ARIAS )
PEDRO J. ARISTY )
COREY T. ARNEMANN )
KYRA V. ARNOLD )
DARNELL A. ARROYA )
HECTOR D. ARROYO )

JULIETTE  ARROYO                            )
WAYNE V. ASKEW                              )
ROBERT A. ATKINS                            )
NAIL  AUPOV                                 )
MARC A. AURELUS                             )
JOSEPH A. AVILES                            )
LIDO  AVILES                                )
LYNN G.W. BACCHUS                           )
XIAWTIAN  BAO                               )
KYLE R. BARBARIA                            )
MATTHEW A. BARBELLA                         )
JEREMIAH M. BARBERA                         )
CATHERINE A. BARNES                         )
DANIEL  BARRASSO                            )
KENNETH H. BARRITEAU                        )
JASON J. BARTELS                            )
VICTOR M. BASABE                            )
BRENDAN  BASS                               )
MARIO  BASTIDAS                             )
RENATA M. BATISTA                           )
ALBERT  BEAUGE JR.                          )
WILLIE  BEDOYA                              )
LEISHA L. BELL                              )
GEORGE  BERGEN                              )
VICTOR S. BERRIOS                           )
RICHARD  BERROA                             )
DAVID A. BESHEARS JR.                       )
KEIRA M. BETTY                              )
JOSEPH L. BEVILACQUA                        )
IDRIS A. BEY                                )
GREGORY F. BIANCA                           )
TODD L. BILGORE                             )
BRENT W. BLAKE                              )
DAVE M. BLANCHARD                           )
NADRA  BLELIS                               )
CONOR B. BLISS                              )
ALEXANDER T. BOBO                           )
JOSHUA  BOIKO                               )
MONSURAT W. BOLDS                           )
TAYREEN A. BONILLA                          )
DARRYL M. BOODOO                            )
CHRISTOPHER  BORDEN                         )
ALEXIS  BORKOWSKI                           )

DARRYL R. BOSTICK )
SCHYLER BOYD )
JUSTIN T. BOYLE )
STEPHEN P. BRADBURY )
MICHAEL P. BRADLEY )
IAN P. BRADSHAW )
MICHAEL BRADSHAW )
BARBARA A. BRADY )
RUDOLPH BRATHWAITE )
AKIBA T. BRIGGS-HALL )
VITO V. BRINZO JR. )
ANDREW BROCK )
TELINA A. BROCK )
STEPHEN F. BROTHERS )
CARENE A. BROWN )
JOZETTE E. BROWN )
LAUREN BRYAN )
ROBERT M. BRZEZINSKI )
KEITH A. BUCCIERI )
GEORGE BURBANO )
THERESA BURGOS )
KEVIN M. BURIK )
DAVID P. BURKHART )
SANDRA A. BUTLER )
GIOVANNI CABALLERO )
VICTOR J. CADICAMO )
JOHN CADOTTE )
CARMEN L. CAGGIANO )
ROBERT W. CAGGIANO )
VINCENT M. CAIOLA )
PABLO A. CALLEJAS )
HENRY B. CAMACHO )
ZAITH CAMEJO )
ROSE-MARIE P. CAMERON )
JOSEPH L. CAMMARATA )
DANIEL R. CAMPANELLI )
OMAR J. CAMPBELL )
JOY H. CANTER )
MARK CAPLAN )
ROBERT J. CARLO )
STEPHEN W. CARPENTER )
JOSE E. CARRASQUILLO )
BETTY CARROLL )

NANCY CARTER )
JOSEPH CASTELLI )
NANCY CASTLE )
NANCY C. CASTRO )
EILEEN V. CATALANO )
MARCOS CAVALLO )
ANDREW A. CELLUCCI )
JORGE D. CHALEN )
CHIN-SHAN CHAN )
SHAKILA N. CHARLES )
SHARON A. CHASE-MCLEAN )
FRANCISCO J. CHECO )
RONDELL D. CHESTER )
JASON CHEUNG )
CYNTHIA A. CHIN )
CLYDE A. CHRISCO JR. )
JEFFREY CHURCH )
ANASTASIUS C. CIELTO )
MICHAEL J. CILENTO )
NELSON CINTRON )
DAVID CIRA )
ALBERT P. CLARK )
ARINA N. CLARK )
MICHAEL W. CLARK )
EDWARD A. CLARKE )
JOHANA CLERGE )
BADILIA M. CODRINGTON )
ROBERT CODRINGTON )
MICHAEL C. COEYMAN )
HIRAM COLÓN )
ARTHUR J. CONCEPCION )
ANDRIA L. CONNELL )
DANIELLE G. CONNELL )
MICHAEL D. CONSORTE )
DAVID J. COOK )
CINDY A. CORCORAN )
HENRY CORDERO )
HOWARD V. CORRIGAN )
DANIEL J. CORTES )
JUAN D. CORTES )
HELEN M. COURTNEY )
BARKIM U. COVINGTON )
MARISSA M. CROCCO )

ROBERT D. CRUTCH )
CHRISTOPHER F. CRUTCHFIELD )
JOSE L. CRUZ )
REBECCA M. CRUZ )
JOHN A. CUCCIO )
JOSEPH H. CUELLO )
ANTHONY C. CULLEN )
MICHAEL A. CUMBERBATCH )
STEPHEN C. CURIALE )
JOAN T. CURRAN )
PETER B. CURRY )
MICHAEL C. DADDONA )
JOSEPH A. D'AGOSTO )
RYAN M. DALY )
NICHOLAS A. DAMANTE )
ERROL A. DANIELS )
EUGENE F. DANIELS JR. )
LA TOYA D. DARDEN )
KENNETH J. DAVIS JR. )
SORFFLY DAVIUS )
KAYAN N. DAWKINS )
MICHAEL A. DAY )
EVA M. DE LA CRUZ )
SULAI DE LA CRUZ )
LUIS DE PEÑA JR. )
COLLETTA S. DE PINTO-ROBERTS )
RODOLFO DEANTONIO )
TONY DEDIVANOVIC )
JAMES M. DEDONATO )
WALTER DEHAAN )
JOROWIN DEL ROSARIO )
WILLIAM J. DELANEY )
DAWN M. DELGADO )
MICHAEL J. DELL'ERA )
FRANK DELPILAR )
CHRISTOPHER DEMOTT )
PEYTON F. DENNIS )
NICHOLAS W. DEPALMA )
FREDRIC C. DESARNO )
LISA ANN DESENA )
ANTHONY DESIR )
CHRISTOPHER M. DEVINE, JR. )
ALICIA B. DHANRAJ )

KEVIN D. DIFIORE                       )
TRINH K. DINH                          )
WILLIAM F. DIPIETRA                    )
ANTHONY  DISAPIO                       )
NICOLE L. DIXON                        )
CHOEURLYNE  DOIRIN                     )
GEORGE W. DOREMUS                      )
ANSELMO D. DOSSANTOS                   )
CHARLES S. DOWNS                       )
YANIQUE K. DOYLEY                      )
DENIS J. DRISCOLL JR.                  )
SOLEDAD R. DRUSE                       )
SUSANNE  DUQUE                         )
JASON  DURECOUT                        )
JACOB W. DUTTON                        )
CHRISTOPHER  ECHEVARRIA                )
ANTHONY J. EDREHI                      )
LATRICE N. EDWARDS                     )
MICHELLE A. ELDRIDGE                   )
ANDREW J. ENDERES                      )
WATSON  ENTWISLE                       )
SERGIO A. ESPINAL                      )
JOSETTE J. ESQUIVIAS                   )
SHAWN  ETTIENNE                        )
JOHN F.M. EVANS                        )
LA MONTE V. EVANS                      )
MACDONALD C. EZE                       )
DONALD  FAETH                          )
JOSEPH E. FARRELL                      )
ELIZABETH A. FEASTER                   )
CHRISTOPHER M. FELICIANO               )
DWIGHT  O. FERGUSON                    )
MARTIN  FERNANDEZ                      )
BRIAN C. FETSCHER                      )
JERRY A FIGUEROA                       )
ANDREW  FIORILLO                       )
KRISTEN E. FITZPATRICK                 )
STANISLAV  FLAKSMAN                    )
ROBERT L. FLEMING                      )
STEVEN R. FLILLER                      )
SHELLEY R. FLOOD                       )
ANDREW  FLORES                         )
ELVIS  FLORES                          )

SERAFIN FLORES                    )
RICHARD G. FLOWER                 )
GREG L. FLOYD                     )
PATRICK J. FLYNN                  )
DALE R. FORD                      )
SHAUNA S. FORREST                 )
TRACEY L. FOXX                    )
NIGEL FRANCIS                     )
ERIC D. FRANCO                    )
KRISTINA M. FRANGELLA             )
DANYLLE S. FRANKLIN               )
IAN A. FRANKLIN                   )
KATHERINE J. FRAWLEY              )
ALBERT A. FREDERICKS              )
ROBERT J. FREDETTE                )
JAMES R. FREEDLEY                 )
JOSHUA FRUMER                     )
BRUCE M. FUNARO                   )
CHRISTOPHER P. FUREGNO            )
WILLIAM J. FUSCO                  )
CARLO GABRIELLI                   )
NAYDA R. GARAYÚA                  )
ROBERT M. GARCIA                  )
JANICE GARDNER                    )
LAVENIA A. GARDNER                )
CRAIG E. GARWOOD                  )
ALFREDO F. GASKIN                 )
JAMES J. GERONIMO                 )
JULIANNE GERRISH                  )
WILLIAM C. GETTENS                )
MATTHEW J. GIACALONE              )
LAUREN M. GIANCALONE              )
NORMAN GILLARD                    )
ROY J. GIVENS                     )
JOHN P. GLOVER                    )
ROSS A. GOLDBERG                  )
ERICA A. GOLINO                   )
YAN GOLOD                         )
DONA D. GONZALES                  )
ARTURO GONZALEZ                   )
JOSEPH A. GONZALEZ                )
ROBERT B. GOODWIN JR.             )
ERVING A. GORIS                   )

RAFAEL  GORIS                          )
VICTOR N. GORNECKI                     )
MAC R. GOTTLIEB                        )
SAMMY R. GOUNDEN                       )
DEVON E. GRAHAM                        )
BLAURI M. GRATEROL                     )
JACLYN  GREENE                         )
SHAVAR M. GRIFFIN                      )
ANN M. GROCHULSKI                      )
ADRIANO B. GUEDES                      )
KENDALL  GUERILUS                      )
ANDREW J. HALEY                        )
SUSAN D. HAMILTON                      )
ANTOINE  HAMM                          )
ALI  HAMMAD                            )
JENNIFER M. HANNAFEY                   )
MATTHEW D.H. HANNON                    )
RAJINDRA P. HARNARAIN                  )
BENJAMIN P. HARRIS                     )
HERBERT L. HARRIS                      )
TAMEKA T. HARRIS                       )
JESSICA R. HART                        )
MARTIN J. HAYES                        )
JAMES S.  HAYTER                       )
LORI A. HECKER                         )
AISHA J. HENLEY                        )
ALFONSO F. HENRY                       )
HOWARD E. HENRY                        )
VAUGHN M. HENRY                        )
WALTER  G. HENRY                       )
CRISTOBAL V. HERNANDEZ                 )
JOHN M. HERNANDEZ                      )
SANDY D. HEYWARD                       )
SIMON A. HOLYLAND                      )
DAVON  HOWARD                          )
MARK  HUNT                             )
JAMES S. HYAMS                         )
STEPHEN A. HYLAND                      )
JOHN J. IMPERATO JR.                   )
CHRYSTAL I. INNISS                     )
IRMA J. IRIZARRY                       )
ANDRE A. JAMES                         )
RICHARD J. JANKOWICZ                   )

ABIJAH E. JARRETT )
EDY P. JEAN-PHILIPPE )
CARLOS JIMENEZ )
EDWIN M. JIMENEZ )
RAMON E. JIMENEZ )
BRENDAN F. JOHNSON )
DAVID L. JOHNSON )
PETER A. JOHNSON )
LOOBANS B. JOLICOEUR )
ANDRE C. JONES )
RAHEAM A. JONES )
TREVOR L. JONES )
WILLIE K. JONES )
MATTHEW J. JORDAN )
SUZETTE A. JORDAN )
ALEXIS O. JOSEPH )
HENDERSON O. JOSEPH )
TERRELL JOURNEY )
MARIE C. JOUTHE )
PHILIP J. JUGENHEIMER )
DANIEL A. JURCSAK )
CHRIS-ROBERT JUTE )
THOMAS J. KARTELIAS )
WILLIAM F. KEATING )
JAMES G. KELLY )
ADIL O. KHALID )
MICHAEL K. KIM )
LINETT M. KING )
TRACY B. KLEMPNER )
MICHAEL KOENKE )
KRISTA KOLANOVIC )
PETER M. KORETZKY )
PLAMEN K. KOSTADINOV )
FRANKLIN KUPFERBERG )
MONIQUE F. LACROZE )
SEAN S. LAHEY )
MICHAEL LALIMA )
MONICA LALJEIT )
KENNETH D. LAMBERT )
JEANETTE LAMPON )
JEFFREY LAPORTE )
CARRIE A. LAROCCO )
ALEX P. LASSERRE )

ERIN  LATORRE                              )
JERRY A. LAUCENCEAU                        )
 FRANK L. LAURINO                          )
MAN WAI LAW                                )
SHIJAE  LEE                                )
NANCY A. LEGER                             )
WILLIAM J. LEHMANN JR.                     )
DUSHIELL G. LEHRMAN                        )
DAVID A. LEONARD JR.                       )
VITO  LEONE                                )
TAMIKA A.  LESANE                          )
GARY L. LEWIS                              )
MAURICE  LEWIS                             )
ORMAND L. LEWIS JR.                        )
FRANK J. LI                                )
RON  LI                                    )
KAY  LINCOLN                               )
CHRISTOPHER J. LIPKIN                      )
ALEXANDER N. LIPSITT                       )
MAUREEN K. LITTLE                          )
ROBERT J. LITTLE                           )
JOHN  LO BELLO                             )
IDA  LOCASCIO                              )
RONDELL E. LOMAX                           )
MICHAEL G. LOMBARDI                        )
CHRISTOPHER  LONGO                         )
VALERIE  LONGO                             )
RICHARD  LOPERENA                          )
CARLOS  LOPEZ                              )
EDWARD  LOPEZ                              )
LISA E. LOPEZ                              )
JOHN M. LOUIS                              )
KRISTIN J. LOVEGREN-BOYLE                  )
STEVE  LOWENTHAL                           )
PATRICIA  LUC                              )
JOSUE  LUCIANO                             )
EDWIN  LUGO                                )
SARAH M. LYNCH                             )
SEAN P. LYONS                              )
DIANA  MAGGI                               )
CHRISTOPHER  MAHONEY                       )
SEAN P. MAHONEY                            )
ANDREW J. MALONE                           )

JAMES F. MALWITZ                          )
JOHNPAUL M. MANSOUR                       )
ERNST MARCELIN                            )
WILLIAM F. MARCHESE                       )
LOUIS M. MARIN                            )
JONATHON B. MARINO                        )
MICHAEL C. MARKOWSKI                      )
CHRIS A. MARQUART                         )
JOANNA R. MARQUES                         )
VINCENT MARQUEZ                           )
RAFAEL MARRERO                            )
TANYA L. MARRERO                          )
SHIRLEY S. MARTIN                         )
EDWIN MARTINEZ                            )
ORLANDO MARTINEZ                          )
RENZO A. MARTINEZ                         )
SYLVIA M. MARTINEZ                        )
WANDA MARTINEZ                            )
ANTHONY MARULLO JR.                       )
MARC A. MASTROS                           )
FRANKLIN L. MATEO                         )
DANIEL MATHIEU                            )
MICHELANGE MATHIEU                        )
JAMES J. MATTHEWS                         )
SHAWN M. MATTHEWS                         )
ANTHONY M. MATTOLA                        )
VINCENT A. MAZZARELLA                     )
MICHAEL MCCARTHY                          )
JOSHUA R. MCCARTY                         )
DAVID W. MCCOMB                           )
BRENDAN T. MCCORMACK                      )
RONALD G. MCCUE                           )
JAMES H. MCDALE                           )
JAMES F. MCGEE                            )
SEAN M. MCGRATH                           )
KEITH MCGREGOR                            )
JOSEPH P. MCGUIRE                         )
PATRICK MCKIERNAN                         )
JAMES L. MCKINLEY                         )
DIONNE L. MCKOY                           )
CHRISTOPHER F. MCMANUS                    )
MARY MCMILLAN                             )
CHARLES T. MCNEIL                         )

THOMAS J. MCQUOID                )
ILIYAAS  MEAD                    )
FRANCISCO A. MEDINA              )
HECTOR  MEDINA                   )
MICHELLE  MEDINA                 )
YAJAIDA  MEDINA                  )
JOSE O. MEJIA                    )
MARISA  MEJIAS                   )
ORLEN  MENDEZ                    )
THOMAS T. MENDEZ                 )
DEWEY A. MENDONCA               )
ELVIN M. MERA                    )
RONALD J. MERAGLIA              )
ONORIA  MERCADO                  )
WILLIAM T. MERINGOLO            )
NICHOLAS J. MESSINA             )
LEON A. MICHEL                   )
JOSHUA W. MIDGETT               )
ADAM V. MIETLOWSKI             )
PRISCILLA I. MILLAN             )
JOHNNY  MILLER                   )
LATISHA R. MILLER               )
WILLIAM T. MILLER               )
JESSE  MINALGO                   )
ADAM S. MINKOW                   )
LAMARR D. MITCHELL             )
THEODOROS  MITRITZIKOS          )
JEAN  G. MOISE                   )
SYNDIE G.E. MOLINA              )
PETER J. MOLINELLI             )
HECTOR A. MONTES                )
ANGELO  MORALES                  )
JOSE N. MORALES                  )
MARCO J. MORALES                )
MICHAEL A. MORALES             )
NORMA  MORALES                   )
IVAN  MOREAU                     )
CHARLES C. MORGAN               )
JEFF L. MOTTARELLA             )
EMILY M. MOY                     )
FAROOQ  MUHAMMAD                )
DEBRORAH  MUNCH                  )
DONALD K. MURPHY                )

DONALD  MYCOOSINGH )
TARAS  MYTKALYK )
JOHNATHAN  NAGAKI )
JASON P. NARAIN )
CHRISTOPHER  NATOLI )
EMILIO C. NAVEDO )
TRINA E. NEAL )
ALESSANDRO G. NEGRI )
NICOLAS  NEGRON )
REBECCA K. NEGRON )
MOSES P. NELSON )
KIM T. NELTHROPE )
KEVIN P. NICKLA )
MAILYN J. NIEVES )
JOSEPH  NOCERINO )
SEAN P. NOLAN )
GARRY  NOVOA )
CARLOS N. NUNEZ )
MELEKI Y. O'NEAL )
ANTHONY D. O'CARROLL )
VANESSA  OCASIO-SUAREZ )
JASON  OCHOA )
MICHAEL E. OHST )
DIANA  OLAYA )
MAKESI L. OLIVER )
GERSON A. OLIVO )
MICHAEL S. O'NEIL )
PATRICK M. O'NEILL )
ERIC J. ORTH )
CARLOS A. ORTIZ )
JOEL  ORTIZ )
JOSE A. ORTIZ )
TANIKA M. ORTIZ )
NIALL C. O'SHAUGHNESSY )
RICARDO  OTERO )
VINCENT  OYANGOREN )
ALFRED  PABON )
JULIO A. PADILLA )
DEIDRE B. PAINE )
ODELMO M. PALTOORAM )
MCCRAY L. PARCHMENT )
CHRISTIAN G. PASCO )
GORETTI  PASQUIER )

FRANK  PASTOR                          )
LARRY W. PAYNE                         )
EDWARD F. PEARCE                       )
DONALD F. PEARCY                       )
JOHN C. PEARSON                        )
OLGA  PEDRERO                          )
JOSEPH  PELICANO                       )
ASYA J. PENDERGRASS                    )
CLIFTON T. PENNIE                      )
ANTON  PERELMUTER                      )
ALEJANDRO  PEREZ                       )
ELIZABETH  PEREZ                       )
FRANK  PEREZ                           )
FRUTO  PEREZ                           )
JAMES  PEREZ                           )
JENICE  GARCIA                         )
JONATHON T. PEREZ                      )
KIMBERLY M. PEREZ                      )
TINA M. PEREZ                          )
YANKO V. PEREZ                         )
PATRICK C. PERROTTA                    )
KEITH R. PHILLIPS                      )
CHRISTOPHER J. PIERCE                  )
ADAM C. PISCITELLO                     )
HECTOR  PLACERES                       )
IVÁN J. PLACIDO                        )
JOHN R. PNEUMAN                        )
BERNARD  POGREBINSKY                   )
NATHANIEL A. POLIAKOFF                 )
JENNIFER  POLLOCK                      )
ALEX  PONCE                            )
WILLIAM  PORTELA                       )
VICTOR A. POTITO                       )
TODD  PRESSLER                         )
ANDREW J. PROVOST                      )
FRANK L. PUMA                          )
FABIOLA  QUEVEDO                       )
KIM A. QUIGLEY                         )
JENNIFER M. QUINONES                   )
OMAR  QUINONES                         )
EDDIE  RADOVIC                         )
MILAN M. RADUNOVICH                    )
REZAUR  RAHMAN                         )

OSMAN M. RAHYAB )
KEVIN RAMDAYAL )
CESAR RAMIREZ )
DIANA M. RAMIREZ )
LIONEL M. RAMIREZ )
RYAN K. RAMJAS )
FRANK D. RAMOS )
MILDRED RAMOS )
VICTOR A. RAMOS )
RUDAINA RAMOS-SALMOIRAGHI )
RYAN R. RAPACH )
SHLOMO RAYMON )
WILLIAM F. RAZENSON )
DENNIS R. REHBERGER )
CASEY R. REILLY )
DAVID A. REXFORD )
CARLOS REYES )
NOEL REYES )
DANIEL P. RICCO BONO )
MATTHEW G. RIGHTMYER )
DONALD E. RILEY )
JUAN M. RIOS )
WILLIAM E. RITTER JR. )
AGATHA RIVERA )
JOSE T. RIVERA )
LISSETTE RIVERA )
WILLIAM RIVERA )
PETER H. ROBERTS )
TIMOTHY ROBERTS )
CHRISTOPHER ROBERTSON )
NATHAN ROBINSON )
KEITH J. ROCK )
BRANDON A. RODRIGUEZ )
CRISTINO RODRIGUEZ )
DENNIS E. RODRIGUEZ ) -
DIANE RODRIGUEZ )
EMMANUEL RODRIGUEZ )
GEORGE A. RODRIGUEZ )
JASMINE J. RODRIGUEZ )
JOSE A. RODRIGUEZ )
REMA G. RODRIGUEZ )
RUBEN RODRIGUEZ )
WILLIAM RODRIGUEZ )

MARCIAL  RODRIGUEZ-ARENAL )
STEPHEN P. ROGERS )
JORGE L. ROMAN )
LIONEL  ROMAN )
MARCELINO A. ROMAN )
YUSUPOV  ROMAN )
EDGAR A. ROSALES )
BRUCE  ROSARIO )
JERRI N. ROSATI )
JOHN J. ROSATI )
LYONEL J. ROSEMOND )
ANDREW J. ROSENTHAL )
STEPHEN M. ROZZI )
JOHN I. RUGEN )
ADAM J. RUIZ )
CARMEN S. RUIZ )
JASON J. RUIZ )
JOSEPH G. RUIZ )
CARLETHA  RUSHING )
DEAN A. RUSSELL )
ALISON  RUSSO )
ERNEST M. RUSSO JR. )
GEORGE M. RUSSO )
MATTHEW P. RUSSO )
BRENDAN F. RYAN )
NICHOLAS J. RYAN )
LOUIS    R. SAINT SURIN )
SHADATH  SALAHUDEEN )
RICHARD  SALMOIRAGHI )
NATASHA S. SAMUELS )
LUIS A. SANCHEZ )
RENE  SANCHEZ )
VICTOR G. SANCHEZ )
DONNA MARIE  SANSEVERO )
CHARLES  SANTANGELO )
CARLOS R. SANTIAGO )
JASON  SANTIAGO )
NILDA  SANTIAGO )
PETER J. SANTIAGO )
FRANK T. SAPIENZA )
DARRYL C. SAVOCA )
JANETTE E. SAYBE )
RICH  SCACCIO )

MAURICE  SCALES )
MATTHEW J. SCALISE )
STEVEN J. SCARINZI )
MICHAEL L. SCHIAFFO )
KEITH A. SCHNEIDER )
VANESSA M. SCHOENING )
CAROL A. SCHUESSLER )
MICHAEL  SCHULTZ )
KOUASSI L. SCHUMANN )
WOODY  SCHURIG )
LINDA A. SCOTT )
KIMOI A. SEALY-BROWN )
JOSEPH R. SEARLES )
JOEL  SEPULVEDA )
ALEJANDRA E. SERRANO )
ERICA  SERRANO )
JAVAN L. SETTLES )
MIKHAIL  SHAKHMUROV )
JEREMY B. SHERMAN )
BRENDAN M. SHIPLEY )
THOMAS J. SICILIANO )
BURTON  SIEGEL )
KENNETH  SILAS )
STEPHEN P. SIMON )
WILLIAM R. SIMON )
JOHNY  SIMONIS )
DERRICK C. SIMPKINS )
RICHARD F. SIMPSON )
RAJBIR  SINGH )
MICHAEL W. SKODY )
ANDRE C. SMITH )
JESSICA M. SMITH )
KELVIN  SMITH )
ERVIN  SOBIEV )
MAGDALENA  SOBOCINSKI )
JOSELYN M. SOLÁ )
ARNALDO  SOLER )
WILLIAM  SOLORZANO )
DIQUENCE  SOUFFRANT )
KEISHA N. SPADY )
STEPHEN F. SPELMAN )
JOSEPH R. SPINELLI )
THOMAS G. SPRECKELS )

GREGORY  ST. CLAIR                          )
DONALD  ST. HUBERT                          )
LEONHARD R. STANLEY                         )
STEVEN J. STEINBERG                         )
GLENN A. STEINLE                            )
CINDY M. STEWART                            )
DOUGLAS J. STEWART                          )
BRANDEN T. STOKES                           )
MELVIN A. STOKES                            )
DANNY R. SUAREZ                             )
EVAN S. SUCHECKI                            )
LAUREN A. SUDSKY                            )
DEO  SUKHU                                  )
MARSO  SULLY                                )
MUARICE A. SWABY                            )
ERIC J. SWAILES                             )
TERRENCE D. SYKES                           )
SEON A. TAITT                               )
WENDY E. TAPIA                              )
CHRISTOPHER M. TAYLOR                       )
KEITH A. TAYLOR                             )
KIMBALE P. TAYLOR                           )
ORVILLE O. TEMPLE                           )
LORNA L. TENNANT                            )
VANESSA K. TENORIO                          )
ANTHONY J. TERRANOVA                        )
MARIO A. THOMPKINS                          )
BETH R. TICHMAN                             )
JAMES M. TIDBALL                            )
MARK T. TOME                                )
MICHAEL P. TOOMEY                           )
FRANKIE  TORRES                             )
JOSE  TORRES                                )
LAURA T. TORRES                             )
NEIL  TORRES                                )
RAFAEL J. TORRES                            )
ROBERTO  TORRES                             )
STEPHEN J. TORTORIELLO                      )
GERARDO  TOYLOY                             )
KAREN  TRAYNOR                              )
NOEL A. TROWERS                             )
GIOVANNI E. TUMBACO                         )
WILLIAM  TUNG                               )

SALVATORE  TURTURICI                    )
HERMAN  J. TYSON                        )
ANDREA E. UGAS                          )
MICHAEL W. ULLMAN                       )
GERARDO A. UREÑA                        )
VITALY  USHERENKO                       )
SPIRO  VAGELATOS                        )
JOSEPH D. VALDIVIA                      )
ERICK  VALENTIN                         )
MICHAEL E. VALENTINE                    )
ROBERT T. VALENZI                       )
LEE  VARGAS                             )
DONALD E. VASQUEZ                       )
FRANCISCO M. VASQUEZ                    )
JOSE J. VASQUEZ                         )
JOHN W. VAVAL                           )
RICHARD  VAZQUEZ                        )
DAVID  VEGA                             )
EDWIN B. VEGA                           )
MARGARET  VEGA                          )
WILKINS  VEGA                           )
FRANK  VELA                             )
TEODORO  VELAZQUEZ                      )
ROBERT J. VENDER                        )
VALERIE  VERATUDELA                     )
KIM R. VERSHECK                         )
JASON E. VERSPOOR                       )
RACHEL P. VICTOR                        )
MARIO  VILLEJOINT                       )
CHRISTINE  VINCENT                      )
VINCENT J. VISCEGLIA                    )
PAUL J. VNUCZENSKI                      )
PHULBERT  VOLCY                         )
PAMELA A. WALCH                         )
DWAYNE  WALKER                          )
MARK J. WALKER                          )
MICHAEL J. WALSH                        )
SHAWNA J. WALSH                         )
WAYNE  WALSTON                          )
LEACROFT A. WALTERS                     )
MAURICE A. WALTERS                      )
CHUEN H. WANG                           )
MARCUS C. WARING                        )

DAN M. WARREN                          )
JOHNATHAN M. WASHACK                   )
MIGDALIA  WATIN                        )
DAVID M. WEAVER                        )
BRIAN J. WERNER                        )
LISA A. WESTOVER                       )
LINDA M. WHEELINGS                     )
ALWAIN B. WHITE                        )
FREDERICK D. WHITESIDE                 )
MORGAN S. WILDING                      )
ANTHONY M. WILKEY                      )
HEATHER  WILLETS                       )
JUSTICE  WILLIAMS                      )
WAYNE  WILLIAMS                        )
WILLIAM E. WILLIAMS                    )
TREVON W. WILTSHIRE                    )
ASHER M. WINIK                         )
CHRISTOPHER P. WISCHERTH               )
WILLIAM M. WOLF                        )
LISA F. WONG                           )
PATRICK A. WORMS                       )
COLIN G. WRIGHT                        )
DECOSTA  WRIGHT                        )
LEONARD V. WRIGHT JR.                  )
LETASHA M. WRIGHT                      )
JAE Y. YIM                             )
YUSUKE C. YONEHARA                     )
AARON  YOUNG                           )
ARTHUR DAVID Y. YOUNG                  )
GREGORY J. ZEEK                        )
                                       )
                                       )
                     Plaintiffs,       )
                                       )
         v.                            )
                                       )    Civil Action No. _____
CITY OF NEW YORK and THE               )
FIRE DEPARTMENT OF                     )
THE CITY OF NEW YORK                   )    (JURY TRIAL DEMANDED)
                                       )
                                       )
                     Defendants.       )
_____)

## COMPLAINT

## INTRODUCTION

Plaintiffs, by and through their counsel, the law firm of Quinn,& Mellea and Woodley & McGillivary, for their complaint against the City of New York ("New York City") and the Fire Department of the City of New York ("FDNY")(hereinafter collectively referred to as "defendants"), state as follows:

## PARTIES

1.      Plaintiffs are and at all times material herein have been employed by defendants in the positions of Emergency Medical Technicians ("EMTs"), Paramedics, and related positions in the New York City Fire Department. Plaintiffs bring this action for a declaratory judgment, back pay and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and 28 U.S.C. § 1331 to remedy the defendants' willful and unlawful violations of federal law complained of herein.

2.      Plaintiffs are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b).  Such written consents are appended to this Complaint in the Appendix.  These written consent forms set forth each plaintiff's name and address.

3.      Each of the plaintiffs in this action while employed by defendants in the position of EMTs/paramedics and related occupations has been an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

4.      Defendant New York City is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. § 203(x). Defendant New York City has a principal office and place of business located at Broadway and Park Row, New York, New York, and may be served with process by serving the Office of Corporation Counsel, 100 Church Street, New York, New York 10007.

5.      Defendant Fire Department of the City of New York (FDNY) is an administrative division of New York City and is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material herein, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. §203(x). The FDNY's principal office is located at 9 MetroTech Center, Brooklyn, New York.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

7.      Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTS

8.      At all times material herein, and since December 4, 2006, as well as before, the plaintiffs have worked within the FDNY for defendants in the position of EMT, paramedic, and related positions.

9. Within the last three years while working in the position of EMT, paramedic, and related positions for defendants, plaintiffs have worked in excess of forty hours per week.

10. During the times that plaintiffs have worked in excess of 40 hours in a week, defendants failed to provide plaintiffs with the rights and protections provided under the FLSA.  Among other things, defendants have violated the FLSA, 29 U.S.C. §§ 207(a) through such actions as (1) suffering or permitting plaintiffs to work before and after their scheduled shifts and failing to compensate plaintiffs for such work activities; and (2) failing to include in the regular rate at which overtime is paid shift differentials and other types of payments made to plaintiffs in addition to plaintiffs' basic pay.

## CLAIMS FOR RELIEF FOR
## VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

11. Plaintiffs hereby incorporate by reference paragraphs 1 through 10 of this complaint and repeat the allegations set forth therein.

12. Section 207 of the FLSA requires the payment of overtime compensation to employees who work in excess of the hourly standards set forth therein. In particular, Section 207(a) requires the payment of overtime compensation at the rate of one and one-half times each employee's regular rate of pay for all work hours in excess of forty hours per week.

13. Defendants have failed to comply with the overtime pay requirements of the FLSA in the manners outlined herein and in particular in paragraph 10.

14.     By failing and refusing to pay the plaintiffs the overtime pay required under law, the defendants have violated, and are continuing to violate in a willful and intentional manner, the provisions of the FLSA. Specifically, defendants' pay practices violate section 207 of the FLSA and this action is brought to remedy the violations of the FLSA for the maximum period allowed under the law. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

15.     As a result of the defendants' willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined. The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendants and the plaintiffs are unable to state at this time the exact amount owing to them. Defendants are under a duty under the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs from which the amount of defendants' liability can be ascertained.

16.     Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendants' failure to pay overtime compensation. In addition, plaintiffs are entitled to an award of interest on their backpay damages until such damages are paid.

17.     Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby demand that their claims be tried before a jury.

WHEREFORE, the plaintiffs pray that this Court:

(a) Enter judgment declaring that the defendants have willfully and wrongfully violated their statutory obligations, and deprived each of the plaintiffs of his and her rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award plaintiffs monetary liquidated damages equal to their unpaid compensation;

(d) Award plaintiffs interest on their unpaid compensation;

(e) Award plaintiffs their reasonable attorneys fees to be paid by the defendants, and the costs and disbursements of this action; and

(f)  Grant such other relief as may be just and proper.

Respectfully submitted,

Sara L. Faulman (SF 9778)
Gregory K. McGillivary (SSN: 0280)
David Ricksecker (SSN: 8519)
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC  20005
Phone: (202) 833-8855

Andrew Quinn (AQ 4059)
Quinn, Ferrante & Mellea
399 Knollwood Road
Suite 220
White Plains, NY 10603
Phone:  (914) 997 0555
Attorneys for Plaintiff