IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARONS, STACEY, et al.<br><br>　　　　　　Plaintiffs,<br>v.<br>CITY OF NEW YORK and THE<br>FIRE DEPARTMENT OF<br>THE CITY OF NEW YORK<br><br>　　　　　　Defendants. | No. 1:09-CIV-10138 (MGC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/15/11 |
| JOSEPH A. CONZO, et al.<br><br>　　　　　　Plaintiffs,<br>v.<br>CITY OF NEW YORK and THE<br>FIRE DEPARTMENT OF<br>THE CITY OF NEW YORK<br><br>　　　　　　Defendants. | No. 05-CIV-705 (MGC) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

These causes having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement entered into by and among Plaintiffs and Defendant that has resulted from mediation, and, upon the joint application of Plaintiffs and Defendant, by their Attorneys,

seeking review and approval by the Court thereof, and the entire record therein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The court approves and adopts as stated the terms of the Settlement Agreement entered into between the parties to the instant actions, recognizing that there has been and there is no admission of liability by Defendant, same being expressly denied, but as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law.

2. Consistent with that Agreement, these actions are hereby dismissed with respect to the Plaintiffs, with prejudice. The Court will retain jurisdiction over the parties to the Agreement for the purpose of interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this 14th day of February, 2011.

S/ _____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge

*Close Cases*

Approved for Entry:

_____
Attorney for Plaintiffs

_____
Attorney for Defendant